**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James Kevin ESMOND, also known as
Tracy L. Eubanks, Defendant–
Appellant.**

**No. 02–21024.
Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Aug. 20, 2003.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff-Appellee.

James Kevin Esmond, Beaumont, TX, pro se.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Court-appointed counsel for James Kevin Esmond has moved for leave to with-

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

draw from this appeal and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Esmond has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no non-frivolous issue. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.